Name _Ginny Rene Burns_

Street Address _412 F St_

City and County _Fresno Ca_

State and Zip Code _93706_

Telephone Number _____

FILED

APR 2? 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

_Ginny Rene Burns_

_____

_____

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

County Fresno Childrens Hospital

-against- Kaisler

Jackson / Shadrick / Mullens

Simpison / Robinson

Austin / Cole / Mendeza

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

**Complaint for a Civil Case**

Case No. _1:19CV519 DADEPG_

_(to be filled in by the Clerk's Office)_

Jury Trial:  ☐ Yes  ☐ No
_(check one)_

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                         Ginny Rene Burns
Street Address               412 F
City and County              Fresno   Ca , 93706
State and Zip Code
Telephone Number             559-443-1531

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
   Name                      Kelly White Vibes Magazines
   Job or Title              K.White@fresno housing.Org
   (if known)
   Street Address            1331 Fulton Mall
   City and County           Fresno   Ca , 93721-1630
   State and Zip Code
   Telephone Number

Defendant No. 2
   Name                      Damon Virjina Augenture
   Job or Title              Case Manager Parent Guardian
   (if known)
   Street Address            412 F St
   City and County
   State and Zip Code
   Telephone Number

2

Defendant No. 3

    Name      Ginny Rene Burns

    Job or Title    Mental S ___ ___ Patient
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 4

    Name      Brenda Turner

    Job or Title    Corrections
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


## II.   Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☒ Federal question               ☒ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Well I was intial Cripple after Figure they call oral Gymnastic Which was not what seen even know n myself to be is where my thigh mind

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* Opal Oneil, is a citizen of the State of *(name)* Ginny Rene Burns

b.     If the plaintiff is a corporation

The plaintiff, *(name)* Ginny Rene Burns is incorporated Namoi Alea under the laws of the State of *(name)* Namoi Opala, and has its principal place of business in the State of *(name)* Ginny Rene Burns

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* Mary Green, is a citizen of the State of *(name)* Sims. *Or* is a citizen of *(foreign nation)* Black Snake

4

b.   If the defendant is a corporation

The defendant, (name) *Golden Eagle*, is incorporated under the laws of the State of (name) *Cambl...*, and has its principal place of business in the State of (name) *Ginny Bums*. Or is incorporated under the laws of (foreign nation) *Koran*, and has its principal place of business in (name) *Satan*.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

*I not ever Seen only T.V. or Veteran. I lived and worked Some almost most house dam thing hewmtil even at Keisher or most Dorition of our Est of America I gotten tired hewm the thy Ketun in account money or I statment ssi Affaiks*

III.   **Statement of Claim** *People Bizzing Story I gotten tired Wait in*

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*C-legal Caller Regency Support Crimical and Unlaw up Pasture*

*I one 972.40 Since agree help Some in Volenteer Portion I not yot been Return Mental healthi home Shot kept Edvicution person dem to Sam the hewm belene to almost totally the entig lewn tying teur paper worle*

5

IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to
order. Do not make legal arguments. Include any basis for claiming that the wrongs
alleged are continuing at the present time. Include the amounts of any actual damages
claimed for the acts alleged and the basis for these amounts. Include any punitive or
exemplary damages claimed, the amounts, and the reasons you claim you are entitled to
actual or punitive money damages.

_How few lost all memory lun if low
think snele Muth capbitlines
Almst what tuy tathw From wet
total eventy of funcical besorb
only ful formal Vidoube or dem time one_

V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served. I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Apr, L, 2019

Signature of Plaintiff _Ginny Rene B____

Printed Name of Plaintiff _Ginny Rene Burn_