# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINNY RENE BURNS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO, ET AL.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00519-DAD-EPG<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO PROCEED *IN FORMA PAUPERIS* AND ORDERING PLAINTIFF TO SUBMIT A PROPERLY COMPLETED APPLICATION WITHIN THIRTY DAYS**<br><br>(ECF No. 2) |

Plaintiff, Ginny Rene Burns, is proceeding *pro se* in this action. (ECF No. 1.) On April 22, 2019, Plaintiff applied to proceed *in forma pauperis*. (ECF No. 2.) However, Plaintiff's application is incomplete. Specifically, in response to question three, Plaintiff indicated that she received money from a business, profession, or other self-employment, but Plaintiff failed to describe the source of money and state the amount received from that source and the amount she expects to continue to receive as is required by the application. (ECF Doc. No. 2). To the extent Plaintiff did not actually receive funds from those sources, she should not check the "yes" box for that question. To the extent Plaintiff did receive funds from those sources, she must describe each source of money and state the amount received and what she expects she will continue to receive. (*Id.*).

Accordingly, Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice. Plaintiff shall have thirty days from the date of this order to file a properly completed application to proceed *in forma pauperis*. Plaintiff is warned that failure to file a properly completed application to proceed *in forma pauperis* by that date may result in a recommendation that this case be dismissed without prejudice. *See Waldrop v. Deward*, 06-cv-0975, 2007 WL 97028 at *1-2 (E.D. Cal. Jan. 9, 2007).

IT IS SO ORDERED.

Dated: **April 24, 2019**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE