| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| GINNY RENE BURNS, | Case No. 1:19-cv-00519-DAD-EPG |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF BE DIRECTED TO PAY FILING FEE WITHIN 30 DAYS |
| v. | |
| COUNTY OF FRESNO, et al., | OBJECTIONS DUE IN 30 DAYS |
| Defendants. | |

Plaintiff, Ginny Rene Burns is proceeding *pro se* in this action. On April 22, 2019, Plaintiff applied to proceed *in forma pauperis*. (ECF No. 2.) The Court denied the motion without prejudice, finding that Plaintiff's *in forma pauperis* application was deficient. (ECF No. 3.) Specifically, Plaintiff indicated that she received money from a business, profession, or other self-employment, but Plaintiff failed to describe the source of money or state the amount she received from that source or the amount she expects to continue to receive. The Court ordered Plaintiff to submit a corrected and completed application within thirty days of the date of the order.

More than thirty days have passed since the Court's order denying Plaintiff's motion to proceed *in forma pauperis* without prejudice, and Plaintiff has still not filed a corrected and complete motion to proceed *in forma pauperis*.

1

Accordingly, the Court HEREBY RECOMMENDS as follows:

1. That the Court issue an order directing Plaintiff to pay the filing fee;
2. If Plaintiff fails to pay the filing fee within 30 days of the issuance of an order adopting these findings and recommendations, the Court dismiss Plaintiff's case without prejudice for failure to pay the filing fee.[1]

These findings and recommendations are submitted to the district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within thirty days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (quoting *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **September 11, 2019**        /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff submits a corrected and complete application to proceed *in forma pauperis* within 30 days, this Court will vacate these findings and recommendations.

2