UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINNY RENE BURNS, | No. 1:19-cv-00519-DAD-EPG |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION |
| COUNTY OF FRESNO, et al., | |
| Defendants. | |

On December 10, 2019, the undersigned issued an order adopting the assigned magistrate judge's findings and recommendations, recommending that plaintiff Ginny Rene Burns be required to pay the filing fee to proceed with this action and that if plaintiff failed to pay the fee within thirty (30) days of the date that order, then plaintiff's case would be dismissed without prejudice for failure to pay that filing fee.  (Doc. No. 5.)  The thirty-day period has since passed, and plaintiff has not paid the filing fee, nor has she otherwise communicated with the court.

Accordingly, this action is dismissed without prejudice due to plaintiff's failure to pay the required filing fee and obey the court's December 10, 2019 order.

IT IS SO ORDERED.

Dated:   **April 15, 2020**                          _____
                                                              UNITED STATES DISTRICT JUDGE

1